MICHAEL E. HIGGINS, Appellant, *v.* CITY OF ALBANY,
Respondent.

*Higgins* v. *City of Albany*, 130 App. Div. 276, reversed.
(Argued March 1, 1910; decided March 22, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered Jan-
uary 21, 1909, reversing a judgment in favor of plaintiff
entered upon the report of a referee and granting a new trial
in an action to recover for personal injuries alleged to have
been sustained through the defendant's negligence.

*John A. Delehanty* for appellant.

*Arthur L. Andrews, Corporation Counsel (Andrew J.
Nellis* of counsel), for respondent.

Order of Appellate Division reversed and judgment entered
on the report of the referee affirmed, with costs in both
courts, on the authority of *Missano* v. *Mayor, etc., of N. Y.*
(160 N. Y. 123) and *Sheehy* v. *City of New York* (160 N. Y.
139) ; no opinion.

Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT and
WILLARD BARTLETT, JJ. Dissenting : WERNER and HISCOCK,
JJ. Absent : CHASE, J.